# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIANA RAE HARRIS, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REBELZ CLUB, LLC d/b/a Rebelz Gentlemen's Club, HEATHER VARANDO, and PABLO VARANDO,<br><br>Defendants. | No. 4:22-CV-00111<br><br>(Chief Judge Brann) |

## ORDER

### JULY 15, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Defendants' Motion for Partial Dismissal (Doc. 5) is **DENIED**. Consistent with Federal Rule of Civil Procedure 12, the Defendants are directed to file an Answer by August 5, 2022.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge