IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIANA RAE HARRIS, on behalf of herself and all persons similarly situated, | No. 4:22-CV-00111 |
| | (Chief Judge Brann) |
| Plaintiff, | |
| v. | |
| REBELZ CLUB, LLC d/b/a Rebelz Gentlemen's Club, HEATHER VARANDO, and PABLO VARANDO, | |
| Defendants. | |

# ORDER

### JULY 15, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff Briana Rae Harris's Motion for Conditional Certification (Doc. 7) is **GRANTED**:

1. The Court conditionally certifies a class of all persons who are working or have worked as a Dancer at Rebelz Club, LLC, d/b/a Rebelz Gentlemen's Club at 601 Spruce Road, Moshannon, Pennsylvania, 16859, at any time since February 16, 2019 (collectively "Dancers" or the "FLSA Class");

2. The Defendants shall produce to Harris's counsel the names, last known addresses, telephone numbers, and email addresses of all potential members of the FLSA Class by July 29, 2022;

3. The Defendants shall post notices on conspicuous locations at 601 Spruce Road, Moshannon, Pennsylvania, 16859;

4. Harris may issue notice to all potential members of the FLSA Class by first-class mail, email, and text message informing them of their right to opt in to this case;

5. The opt-in period shall last for sixty (60) days, beginning the date of Harris's first issuance of notice;

6. Harris may send reminder notices by email and text message to all potential class members of the FLSA Class who have not yet responded to the notice within thirty (30) days of the first issuance of notice; and

7. The Court approves Harris's proposed forms for the Notice of Collective Action Lawsuit (Doc. 7-7) and Consent to Join Collective Action Lawsuit (Doc. 7-8).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge