# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIANA RAE HARRIS,** on behalf of herself and all persons similarly situated,<br><br>        **Plaintiff,**<br><br>v.<br><br>**REBELZ CLUB, LLC,** *et al.*,<br><br>        **Defendants.** | Civil Action No.: 4:22-111-MWB |

## ORDER

**AND NOW,** this 30th day of August 2023, upon consideration of Plaintiff's Counsel's Unopposed Motion to Withdraw Complaint Without Prejudice in the above-captioned matter, **IT IS HEREBY ORDERED** that Plaintiff's Counsel's Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED Without Prejudice** and the Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge